ARTHUR W. Cox, Respondent, v. FLORENCE A. Cox, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

ANTHONY DELIA, as Administrator, etc., of ANTHONY DELIA, JR., Appellant, v. DOMENICA DE SENA, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

MARION GERARD, Respondent, v. RAYMOND C. SIMPSON and Another, Defendants, and HUDSON TRANSIT CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

WALTER O. GERARD, Respondent, v. RAYMOND C. SIMPSON and Another, Defendants, and HUDSON TRANSIT CORPORATION, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

In the Matter of the Application of the BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK for the Appointment of Three Commissioners to Determine and Report Whether a Rapid Transit Railroad or Railroads for the Conveyance and Transportation of Persons and Property as Determined by the BOARD OF TRANSPORTATION Ought to Be Constructed and Operated. Fulton Street, Pennsylvania Avenue, Pitkin Avenue and Linden Boulevard Route, Eastern Parkway to 106th Street. (Route No. 110-B.) — Application granted. Order signed. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of LOUIS A. FEINSTEIN, an Attorney and Counselor at Law.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Application of JAMES J. LOWREY, Committee of the Person and Property of WILLIAM GARMES, Incompetent, for an Order Authorizing Him to Pay a Fee to Counsel for Legal Services Rendered the Estate. VETERANS' ADMINISTRATION, Appellant; JAMES J. LOWREY, as Committee, etc., of WILLIAM GARMES, an Incompetent Person, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of SIDNEY SZERLIP, an Attorney and Counselor at Law.— Motion granted and suspension postponed until January 1, 1938, to permit respondent to dispose of matters pending in his office. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ. [See ante, p. 99; Id. 775.]

In the Matter of the Application of SAMUEL WILLNER, Appellant, for a Mandamus Order against PAUL MOSS, as Commissioner of Licenses of the City of New York, and Another, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.